# Breen Deposition Excerpts

```
 1                    J. Breen

 2        A      Baldwin Midwifery Services.

 3        Q      Where is Baldwin Midwifery

 4   Services located?

 5        A      Baldwin, New York.

 6        Q      How long have you been running

 7   that practice?  Approximately is fine.

 8        A      About 30 years.

 9        Q      And that's something I should

10   have said as well.  If there is any answer

11   that you're not sure of, you can always

12   tell me you don't know or you're not sure.

13   But if you're giving me an estimate or an

14   approximation, please just let me know.

15   Just don't guess.

16        A      Right.

17        Q      What is the highest level of

18   formal education that you've completed?

19        A      I have a masters degree.

20        Q      What is that masters degree in?

21        A      In maternal child health.

22        Q      Where did you get the masters

23   degree?

24        A      Columbia.

25        Q      What year did you graduate?
```

```
 1                    J. Breen

 2        A      1984.

 3        Q      Did you receive any other

 4   secondary education other than the masters

 5   degree in 1984?

 6        A      No.

 7        Q      I'm sorry, what was the name of

 8   the degree that you received?

 9        A      It was a masters in maternal

10   child health.  It was the School of

11   Nursing.

12        Q      Are you represented by counsel

13   today?

14        A      I am not.

15        Q      Did you do anything to prepare

16   for your deposition today?

17        A      Of course.

18        Q      What did you do to prepare?

19        A      I reviewed the patient's chart

20   and I reviewed some of the research that

21   has been done on vaccines, hospital

22   practice, mass marketing of big pharma,

23   like that.

24        Q      Is that all you did to prepare

25   today?
```

```
 1                    J. Breen

 2     are, the findings were.

 3          Q     When you say what the findings

 4     were, you mean the findings of those

 5     individual studies that you were reviewing?

 6          A     Right.

 7          Q     Have you received any other --

 8     going back to your education, have you

 9     received any other certificates of learning

10     or anything other than the degree that we

11     talked about post high school?

12          A     Probably not formal, formal

13     education, but I've done many types of, you

14     know, adjunct medical holistic medicine

15     practices.

16          Q     When you say you've done

17     holistic medicine practices, you've taken

18     classes related to holistic medicine

19     practices?

20          A     Courses, a lot of coursework.

21          Q     Can you describe some of that

22     coursework?

23          A     In homeopathy, in breast

24     feeding, in hormone management, neonatal

25     resuscitation, adult CPR.
```

```
 1                    J. Breen

 2    Ms. LaBarbera about the flu vaccine?

 3        A      At some point, yes.

 4        Q      Do you recall when that was?

 5        A      Well, my note says it was 12/5.

 6        Q      Do you recall who brought the

 7    topic up?

 8        A      I'm certain I did not.

 9        Q      Why are you certain that you did

10    not bring the topic up?

11        A      I would never bring that up at a

12    prenatal visit.  I would never talk about a

13    flu vaccine at a prenatal visit unless the

14    patient asked me.

15        Q      Okay.  I'll ask that you put

16    Breen 4 to the side, please.

17               Did Ms. LaBarbera ask you?

18        A      She did.

19        Q      Do you recall that conversation?

20        A      Not exactly.

21        Q      Do you recall anything related

22    to that conversation?

23        A      Well, no doubt she told me that

24    the hospital that she was employed at was

25    requiring her to get a flu vaccine.
```

```
 1                      J. Breen

 2        Q      What else did she say about it,

 3   if anything?

 4        A      She was probably asking me my

 5   opinion.

 6        Q      Did you provide your opinion?

 7        A      I did.

 8        Q      I'm going to provide you with

 9   another document that we'll mark as Breen

10   Exhibit 5.

11              (Exhibit 5, Document given to

12        LaBarbera, was marked for

13        Identification, as of this date.)

14   BY MS. GAROFALO:

15        Q      Ms. Breen, do you recognize this

16   document?

17        A      I do.

18        Q      What do you recognize it to be?

19        A      This is the document given to

20   Ms. LaBarbera from the health service of

21   Winthrop Hospital.

22        Q      We were speaking about

23   Ms. LaBarbera's conversation with you

24   related to the flu vaccine.

25        A      Yes.
```

```
 1                    J. Breen

 2       A     Yes, it is.

 3       Q     Is there anything on this page

 4   that is not your handwriting that's

 5   handwritten?

 6       A     Yes, where it says CNM obliquely

 7   at the bottom.

 8       Q     So the handwriting that's sort

 9   of off to the side, right-hand corner, that

10   isn't on any lines?

11       A     Right.

12       Q     Okay.

13             When did you first see this

14   document?

15       A     When did I first see it?

16       Q     Yes.

17       A     Apparently on 11/14.

18       Q     And this is your handwriting,

19   you said that there is no evidence proving

20   the safety of the influenza vaccine for

21   pregnant woman or her fetus?

22       A     Yes.

23       Q     Do you believe that to be the

24   case?

25       A     Yes.
```

```
 1                      J. Breen
 2         Q     When did you first come to that
 3    conclusion?
 4         A     When I looked at the package
 5    insert.
 6         Q     What package insert?
 7         A     For the flu vaccine.
 8         Q     Do you recall which package
 9    insert you looked at for the flu vaccine?
10         A     It was for the flu vaccine that
11    year.
12         Q     Do you recall if it had a
13    specific name?
14         A     No.  It was the package insert
15    regarding the influenza vaccine for that
16    year and I don't have a copy of that.
17         Q     And --
18         A     So I don't know.
19         Q     You said that you first came to
20    that conclusion when you looked at the
21    influenza package or insert for that flu
22    vaccine of that year.
23               Do you recall when you looked at
24    the flu vaccine insert?
25         A     No.
```

```
 1                    J. Breen

 2         given instruction on how to seek

 3         clarification.

 4  BY MS. GAROFALO:

 5         Q     I'm happy to rephrase the

 6  question.

 7         A     Yeah, thank you.

 8         Q     Prior to filling out the form

 9  that we just talked about, which is Breen

10  5, I believe, where you state there is no

11  evidence proving the safety of the

12  influenza vaccine for the pregnant woman or

13  her fetus, I believe you testified that you

14  based that conclusion upon the flu vaccine

15  insert that you requested from CVS Pharmacy

16  or that you googled online, correct?

17         A     Right, right.

18         Q     Was there anything else on which

19  you based your statement on this document?

20         A     You know, I think this probably

21  has come up from time to time, you know, in

22  my career talking about vaccines and

23  especially the flu vaccine.  It's kind

24  of -- it comes up every year pretty much in

25  conversation in my profession or with my
```

```
 1                    J. Breen
 2   patient contacts or not.  So I'm pretty
 3   well attuned to, you know, vaccines and
 4   their uses, you know, with the population,
 5   public health.
 6          Q     Okay.
 7          A     So it's nothing new.
 8          Q     Did you look at any evidence
 9   related to the safety of flu vaccine with
10   pregnant women?
11          A     I could have.  I can't really
12   tell you that right for a fact that I
13   absolutely knew that or didn't know that,
14   but.
15          Q     Do you recall looking at
16   anything related to the evidence of safety
17   in pregnant women prior to filling this
18   document out?
19          A     I don't recall, but it seems
20   like I should have come across information
21   regarding vaccines that were being
22   recommended to pregnant women.
23          Q     Did having to fill this form
24   out, did that trigger you to look into any
25   other research other than the flu vaccine
```

```
 1                   J. Breen

 2        A     I believe it's a political

 3   organization.

 4        Q     Can you describe what you mean

 5   by that?

 6        A     That it's not necessarily

 7   representing factual information.

 8        Q     On what do you base that

 9   opinion?

10        A     Whistleblowers, for one thing.

11        Q     Can you describe what you mean

12   by that?

13        A     There are people that work for

14   that administration that have made note of

15   the fact that research was ignored or

16   covered up by the CDC, formerly.

17        Q     Did any of that research relate

18   to the flu vaccine?

19        A     No.

20        Q     In your professional capacity,

21   do you ever have the occasion to consider

22   and follow recommendations from the CDC?

23        A     Well, I always would consider

24   their recommendations.

25        Q     Are you familiar with the Zika
```

```
 1                      J. Breen

 2      Gynecologists, which I will refer to as the

 3      ACOG?

 4            A     Yes, I am.

 5            Q     What do you understand it to be?

 6            A     It's a formal organization that

 7      OB/GYNs belong to.

 8            Q     Does this organization at times

 9      produce guidance related to pregnant women?

10            A     Yes.

11            Q     Have you ever followed or

12      referred to the ACOG guidance?

13            A     Yes.

14            Q     Do you understand their guidance

15      to generally be reputable?

16            A     No.

17            Q     Why?

18            A     Well, a doctor doesn't always

19      know best.

20            Q     Can you explain what you mean by

21      that?

22            A     OB/GYNs are surgeons.  It's a

23      surgical subspecialty.  They're probably

24      all wonderful men, to begin with, and

25      women.  They don't always do things in the
```

```
 1                      J. Breen

 2     best interests of women and their families.

 3              So I review just -- everything

 4     that they do, I review with some skepticism

 5        Q     But you have, at times, followed

 6     their guidance, the ACOG's guidance?

 7        A     Have I followed their guidance?

 8     They're not the primary people that I get

 9     guidance from, no.

10        Q     Not the primary, but at times

11     you do follow the guidance that they issue?

12        A     Yes.

13        Q     Are you familiar with the

14     American Academy of Pediatrics?

15        A     Oh, yes.

16        Q     What do you understand the

17     American Academy of Pediatrics to be?

18        A     So it's the formal organization

19     that pediatricians belong to.

20        Q     Do they sometimes issue

21     recommendations and guidance?

22        A     They do.

23        Q     Have you ever followed or

24     referred to their recommendations or

25     guidance?
```

```
 1                    J. Breen

 2        A     Yes.

 3        Q     Back to Exhibit Breen 5, which

 4   is NYU Winthrop 170 through 173, did

 5   anybody from NYU Winthrop ever contact you

 6   to discuss this exemption request?

 7        A     Yes.

 8        Q     Do you recall who that was?

 9        A     It was a nurse from the health

10   service or someone from the health service.

11   I'm not sure she was a nurse, but I thought

12   she told me she was a nurse.

13        Q     How did she contact you?

14        A     She called me up at my office on

15   the phone.

16        Q     Do you recall when that

17   conversation occurred?

18        A     No, not exactly.

19        Q     Do you recall approximately when

20   it occurred?

21        A     Sometime after I submitted this

22   form, I think.  It must have been after I

23   submitted this form.

24        Q     Do you recall approximately how

25   long the conversation lasted?
```

```
 1                    J. Breen

 2        A      Probably less than 5 minutes.

 3        Q      Can you describe that

 4   conversation for me?

 5        A      I think she wanted some

 6   clarifications to why I gave -- I think she

 7   was, you know, informing me that pregnancy

 8   was not an exemption for getting the flu

 9   vaccine at Winthrop.

10        Q      Other than informing you that

11   pregnancy was not sufficient to get an

12   exemption for the flu vaccine at Winthrop,

13   was there anything else in that

14   conversation?

15        A      I think she told me that the

16   doctors there recommended the flu vaccine

17   for pregnant women and that, you know, that

18   should be credible, you know, for me.  And

19   I said it wasn't.

20        Q      Was there anything else in that

21   conversation?

22        A      I just stated what I wrote in

23   the form, that there's no research to prove

24   that the -- that there's -- you know, that

25   the flu vaccine is safe for pregnancy.
```

1                       J. Breen

2          Q      Did the nurse from Winthrop ask

3     you any questions?

4          A      I don't think so.  I think she

5     was just trying to talk me into rescinding

6     my exemption.

7          Q      Did you ask her any questions?

8          A      I don't think I did.

9          Q      You started earlier to say that

10    she was asking -- she being the nurse from

11    NYU Winthrop -- was asking for a

12    clarification.  What clarification was she

13    asking for?

14         A      Probably why I was giving my

15    patient an exemption when none of the

16    doctors would have given her an exemption.

17    It wasn't a known, you know -- it wasn't an

18    acceptable exemption in their eyes.

19         Q      How was the call with Ms. Davis

20    resolved?  Was there any discussion related

21    to next steps?

22         A      Ms. Davis?

23         Q      I'm sorry, the nurse that you

24    spoke with from Winthrop.  How did that

25    call resolve?  Was there a discussion

```
 1                    J. Breen

 2    related to next steps?

 3         A    I don't believe so.

 4         Q    And at some point, though, you

 5    did submit another form, right?

 6         A    I did?

 7         Q    You did?  You're agreeing with

 8    me or is that a question?

 9         A    No, it's a question.

10         Q    Let me give you another document

11    here.  This will be Breen 8.

12              (Exhibit 8, Bates NYU Winthrop

13         174 through 177, was marked for

14         Identification, as of this date.)

15    BY MS. GAROFALO:

16         Q    This document is Bates stamped

17    NYU Winthrop 174 through 177.

18         A    Okay.

19         Q    Do you recognize this document,

20    Ms. Breen?

21         A    Isn't this the same document?

22    It looks like the same document to me.

23         Q    Well, let's start at NYU 174,

24    NYU Winthrop 174.

25         A    Right.
```

```
 1                    J. Breen

 2   sent?

 3        A     Well, it seems, though -- I mean

 4   there are two different cover sheets.  So

 5   one was to NYU and one was to Employee

 6   Health -- I mean one was to NYU Winthrop

 7   and one was to Employee Health.  I don't

 8   know why it was sent twice.

 9        Q     Is that handwriting on Breen 8

10   your handwriting?

11        A     No.

12        Q     Do you know whose handwriting it

13   is?

14        A     It's my receptionist.

15        Q     Okay.

16              I'm going to hand you another

17   document that we will mark as Breen 9.

18              (Exhibit 9, Phone Call Record,

19         was marked for Identification, as of

20         this date.)

21   BY MS. GAROFALO:

22        Q     Do you recognize this document?

23        A     Oh, yes.  Okay.

24        Q     What do you recognize it to be?

25        A     So it looks like it's recording
```

Team Ct telebreak

September 30, 2019                                    58

```
 1                    J. Breen

 2      a phone call from Marlene from Winthrop

 3      Employee Health and she was advocating for

 4      the flu vaccine and then obviously stated

 5      that the patient was not exempt.

 6           Q     And Marlene, is that the

 7      individual that we were just discussing

 8      when you were describing the phone call

 9      that you received from NYU Winthrop?

10           A     I don't know.  Marlene, a PA.

11           Q     Do you believe that this is an

12      additional conversation that occurred?

13           A     I think it might have been,

14      yeah.

15           Q     So you think there may have been

16      two conversations?

17           A     There may have been two

18      conversations, right.

19           Q     Other than those two

20      conversations, do you recall speaking to

21      anybody else from NYU Winthrop?

22           A     No.  I don't recall.

23           Q     Other than the form, the two

24      forms that we spoke about, Breen 5 and

25      Breen 8, which was the same form but faxed
```

```
1                     J. Breen

2                MR. OSTROVE:  I'm going to ask a

3        few questions.

4    EXAMINATION BY

5    MR. OSTROVE:

6        Q     So you talked a little bit

7     earlier about your opinion regarding, your

8     opinion that you wrote on exhibit -- I

9     guess it doesn't matter what exhibit it

10    was.  I'm going to start the question over.

11               So you had informed the hospital

12    on one of the exhibits we looked at today

13    that you did not think that Ms. LaBarbera

14    should have the flu vaccine, correct?

15               MS. GAROFALO:  Objection.

16        A     You're asking me now what?

17        Q     Sure.

18               I'm asking you about, in

19    general, it doesn't matter what you put on

20    the form, when did you form an opinion, in

21    general, about whether or not pregnant

22    women should take the flu vaccine?

23               MS. GAROFALO:  Objection.

24    BY MR. OSTROVE:

25        Q     You can answer even when there's
```

```
 1                    J. Breen

 2      an objection.

 3           A     So Ms. LaBarbera did not want to

 4      take the flu vaccine.  I agreed with her.

 5           Q     Okay.

 6                  But in agreeing with her, did

 7      you have your own opinion about why you

 8      agreed with her?

 9           A     Yes.

10           Q     And can you explain what your

11      opinion was?

12           A     Because there was no known

13      safety about any vaccine or medication

14      that -- nothing prescribed for women during

15      pregnancy is known to be safe.

16           Q     What do you mean by that?

17           A     Well, there's no known safety

18      of, you know, medications for the pregnant

19      women or their fetus.  There's nothing

20      that's safe to be injected for a pregnant

21      women.  There's nothing.  There's

22      advantages and disadvantages to everything,

23      but there's nothing known to be safe.

24           Q     Okay.

25                  With respect to the flu vaccine,
```

```
1                    J. Breen

2    did you know that prior to Allison

3    questioning you about it?

4         A    Yes.

5         Q    Okay.

6              How did you know that prior to

7    Allison questioning you about it?

8         A    The subject had come up many

9    times before.

10        Q    In your practice with others?

11        A    Yes, yes.

12        Q    When it had come up before, had

13   you looked into it?

14        A    Yes.  I've done a lot of work on

15   medication and its safety for pregnancy.

16        Q    What type of work?

17        A    Regarding drugs and medications

18   that are commonly prescribed for women

19   during pregnancy and birth.

20        Q    When you say you've done work on

21   it, what do you mean by you've done work?

22        A    I was involved in giving

23   testimony a number of times regarding the

24   safety of medications that were given to

25   women primarily during the labor process.
```

```
 1                      J. Breen

 2          Q     Okay.

 3                And had you done research with

 4    regard to that?

 5          A     Yes.

 6          Q     Okay.

 7                And so do you recall specific

 8    times that you did research regarding the

 9    flu vaccine and pregnant women?

10          A     No.

11          Q     Just because you don't recall a

12    specific time, does that mean you did not

13    do it or you just don't remember when?

14          A     I just don't remember when.

15          Q     Do you believe you were

16    informed -- that you had done research

17    prior to first meeting with Allison?

18          A     Yes.

19          Q     So when she asked your opinion,

20    did you do further research or was that

21    opinion based on your prior research or did

22    you do additional research?

23          A     Both.

24          Q     Okay, both meaning what?

25          A     You know, I was -- I know I had
```

```
 1                    J. Breen
 2    done research prior to this, but, you know,
 3    because this was a special situation where
 4    her employer was going to fire her if she
 5    didn't do it, I wanted to be crystal clear
 6    to see what was in the package insert.
 7         Q     Okay.
 8               And when you say you wanted to
 9    be crystal clear, is that when you sought
10    out the package insert?
11         A     Yes.
12         Q     And you testified earlier that
13    you -- well, I want to understand your
14    testimony.
15               Were you testifying that you
16    remember for certain that you received it
17    from the pharmacist or that you received it
18    online?  Which one?  And if you don't
19    remember and it could be either, let us
20    know that, too.
21         A     I did both.
22         Q     So you did speak with a
23    pharmacist at CVS?
24         A     At CVS, I didn't speak with a
25    pharmacist.  I asked the pharmacist for the
```

```
 1                    J. Breen

 2   was done on the influenza vaccine at that

 3   time and its effect on pregnancy and fetus.

 4        Q    At or around the time you were

 5   speaking with Allison about this, did you

 6   search for any studies regarding the effect

 7   of the flu vaccine on pregnant women?

 8        A    Prior to, prior to that I had

 9   done research.

10        Q    Okay.

11             And you had -- and in your prior

12   research did you come to the conclusion

13   that there was no such research,

14   specifically about the effect of the flu

15   vaccine on pregnant women?

16             Do you need me to ask the

17   question again?

18        A    Yes.

19        Q    So my question is, prior to

20   meeting with Allison, what if any research

21   did you uncover regarding the efficacy or

22   safety of the flu vaccine on pregnant

23   women?

24        A    It was my understanding there

25   was no research that was done on pregnancy.
```

```
 1                    J. Breen
 2    I can't remember.  I really can't remember.
 3    It was my understanding that it was not
 4    safe.
 5         Q    Do you recall how you came to
 6    that understanding?
 7         A    Because it's almost common
 8    knowledge that there's nothing proven to be
 9    safe for the pregnant women or the fetus.
10         Q    Is this something that you
11    discussed with Allison?
12         A    Allison already understood that.
13         Q    Okay.
14              When you say Allison understood
15    that, you mean she expressed that opinion
16    to you?
17         A    It was her desire not to take
18    the flu vaccine.
19         Q    Okay.
20              Did she tell you why she desired
21    not to take the flu vaccine?
22         A    She wanted a natural pregnancy,
23    that's why she came to me and that's why
24    she wanted to plan a home birth, because
25    she wanted things to be as natural as
```

J. Breen

2   opinion.

3        Q     So when you discussed the

4   situation in general with Allison, you had

5   told her that you saw no advantage in her

6   taking the flu vaccine, is that correct?

7        A     Probably -- my discussion was

8   that the disadvantages outweighed any

9   advantage.

10       Q     Okay.

11             Can you explain why you have

12   come to that conclusion?

13       A     Because there's no health

14   advantage to taking a vaccine that's not

15   proven to be effective.  So the

16   disadvantage would, you know, far outweigh

17   the advantages.

18       Q     Do you know whether or not the

19   CDC agrees with that opinion?

20       A     The CDC recommends that

21   everybody in the world gets the influenza

22   vaccine to protect the public health, even

23   though the efficacy rate is between 11 and

24   43 percent in a given year.  It's always a

25   guess whether it's going to be effective or

```
 1                    J. Breen

 2    not.

 3         Q     What do you mean by that?

 4         A     Because the influenza vaccine is

 5    manufactured before the virus comes to this

 6    country from Asia.  So it's a guess what

 7    strain it's going to be, is going to come,

 8    and, you know, what the vaccine they're

 9    making in advance of that is actually going

10    to be helpful.

11         Q     And is that something that you

12    discussed with Allison prior to -- well, in

13    your conversations with her?

14         A     No.

15         Q     Why do you say no?

16         A     Because Allison already knew she

17    didn't want to take the flu vaccine.  She

18    knew she was required to take it.

19              In my opinion, my expert

20    opinion, there was no health advantage and

21    only disadvantages to her and the baby by

22    taking the flu vaccine.

23         Q     Other than what you told us

24    already, can you explain to us any further

25    about how you've come to that conclusion?
```

```
 1                    J. Breen
 2    I just want to make sure we have a full
 3    understanding of why your opinion is that
 4    the disadvantages outweigh the advantages
 5    of a pregnant woman taking the flu vaccine.
 6         A     Because of the research that
 7    I've done on vaccines, in general.
 8         Q     So you testified previously that
 9    you had done research specifically
10    regarding the flu vaccine.  Are you now
11    saying that you have also done research
12    about vaccines, in general?
13         A     I've done work on vaccines, in
14    general, and the flu vaccine enters into
15    it, is included in that.
16         Q     When you say you've done work,
17    because you've used that term a number of
18    times, what do you mean by you've done
19    work, that you've researched and read
20    journals and papers, is that what you mean
21    by done work?
22         A     Yes.
23         Q     Okay.
24               Is that something you've done
25    throughout your career?
```

```
 1                    J. Breen

 2        A      No, no.

 3        Q      Okay.

 4               Could you do that or would you

 5    have to --

 6        A      You can.  You can.

 7        Q      My question is, can you practice

 8    nursing or would you have to have that

 9    license renewed in some way prior to doing

10    that?  I'm just curious.

11        A      No.  It depends on what capacity

12    you were working.  You know, if you worked

13    for a hospital, I mean, you know, a doctor

14    was also a nurse, you know, you could

15    practice as a doctor.

16        Q      Other than what you've told us

17    about already, do you have any other formal

18    education, other than what we talked about?

19               I'm just wondering if you take

20    any other courses or classes or

21    certifications or license.  I want to

22    understand the full nature.

23        A      No, not really.  I've taken a

24    lot of courses, but I don't think I've been

25    certified in anything other than child
```

```
 1              J. Breen

 2   birth education.

 3       Q     And this issue regarding the flu

 4   vaccine, do you recall approximately how

 5   many times you discussed it with Allison?

 6       A     I think it only came up a couple

 7   of times and then she was fired and that

 8   was the end of the discussion.

 9       Q     When you say it came up a few

10   times, you believe you discussed it with

11   her a few times?

12       A     Oh, yes.

13       Q     Was that in person, on the

14   phone, or a combination?

15       A     It was probably in person.  I

16   don't think it was on the phone.  I don't

17   recall.

18       Q     Would all of those conversations

19   necessarily appear in your notes or is it

20   possible you had conversations with her

21   that don't appear in the notes?

22       A     Oh, yeah.  What's in the notes

23   is just, you know, just a few lines.  But I

24   give my patients an hour, an hour and a

25   half, during our visit.  So we talk about a
```

```
 1                    J. Breen

 2    lot of things.  But that I don't document.

 3         Q     So during your conversations

 4    with Allison, you believe that you

 5    expressed to her your opinion that she

 6    should not take the flu vaccine, is that

 7    accurate?

 8         A     No.  I mean, I reaffirmed her

 9    decision not to take the flu vaccine.

10         Q     What do you mean by you

11    reaffirmed that decision?

12         A     I supported her with her

13    decision not to take the flu vaccine

14    because I also thought it could be harmful.

15         Q     So your reaffirmation of her

16    decision that she did not want to take it,

17    was that because she didn't want to take it

18    or was that because of your professional

19    beliefs about the flu vaccine and its

20    possible benefits versus harm?

21         A     Both.

22         Q     Both.  What do you mean by that?

23         A     Well, you know, midwives work

24    with patients and their care.  So if the

25    patient wants something, as long as it's
```