

**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20ᵗʰ day of April, two thousand and twenty-one,

_____

Allison LaBarbera,

        Plaintiff - Appellant,

v.

NYU Winthrop Hospital,

        Defendant - Appellee.

_____

**ORDER**
Docket No: 21-815

Counsel for Appellant Allison LaBarbera, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 6, 2021 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 6, 2021 The appeal is dismissed effective July 6 2021 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*
*[seal: UNITED STATES SECOND CIRCUIT COURT OF APPEALS]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*
*[seal: UNITED STATES SECOND CIRCUIT COURT OF APPEALS]*

**MANDATE ISSUED ON 07/21/2021**